UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
FILED
OCT 23 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:25-cr-31-KKC
18 U.S.C. § 2250(a)

PHILLIP HARMON

* * * * *

THE GRAND JURY CHARGES:

From in or about September 2021, the exact day unknown, and continuing through on or about September 3, 2025, in Magoffin County, in the Eastern District of Kentucky, and elsewhere,

PHILLIP HARMON,

a person required to register under the Sex Offender Registration Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

███████████████
FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 10 years imprisonment, not more than a $250,000 fine, and not less than 5 years up to life supervised release.

**PLUS:** Mandatory special assessment of $100.